# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TSG ENTERPRISES, LLC d/b/a RADIUS*POINT*, ) ) ) Plaintiff, ) ) v. ) ) ) EXPENSELOGIC, INC., ) ) Defendant. ) | Civil Action No. 2:12-cv-02979 **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff TSG Enterprises, LLC d/b/a Radius*Point* and Defendant expenseLogic, Inc., having resolved their disputes through a settlement agreement, stipulate that the Complaint in this Civil Action and all claims, defenses or counterclaims which have been asserted therein are hereby dismissed with prejudice. Each party will bear its own costs.

Respectfully submitted this 25th day of April, 2013.

Respectfully submitted,

s/ Adam S. Baldridge
Adam S. Baldridge (TN 23488)
Ryan A. Strain (TN 27565)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Telephone:  901.577.2102
Facsimile:  901.577.0838
Email:  abaldridge@bakerdonelson.com

*Attorney for Plaintiff TSG Enterprises, LLC d/b/a RadiusPoint*

s/ Scott Johnston (with permission by ASB)
Scott W. Johnston
Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: 612.371.5274
Email:  sjohnston@merchantgould.com

*Attorney for Defendant expenseLogic, Inc.*